# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**AKECHETA MORNINGSTAR,**

        *Plaintiff,*

v.                                          Cause No. 3:23-CV-328-CWR-FKB

**WESTGATE RESORT,**

        *Defendant.*

## FINAL JUDGMENT

Having issued an Order granting the Defendant's *Motion to Dismiss* and denying the Plaintiff's *Motion to Amend/Correct* his complaint, Docket No. 13, this Court finds that this cause should be dismissed and closed on the Court's docket. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is dismissed without prejudice.

**SO ORDERED,** this the 18th day of July, 2023.

                                                        s/ Carlton W. Reeves
                                                        UNITED STATES DISTRICT JUDGE